

Lawrence S. Katz, Miami Beach, Fla., for defendant-appellant.

Robert W. Rust, U. S. Atty., J. V. Eskenazi, Asst. U. S. Atty., by Kenneth G. Oertel, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Harry Kelley, Jackson, Miss., for appellant.

Robert E. Hauberg, U. S. Atty., E. Donald Strange, Joseph E. Brown, Jr., Asst. U. S. Attys., for appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Robert Paul HUDSON, Defendant-Appellant.**

No. 30564
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 19, 1971.

**Gregg Alan BECK, Petitioner-Appellant,**

v.

**UNITED STATES of America (Sheriff and District Attorney of Dallas County), Respondent-Appellee.**

No. 30987
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 11, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* [1] Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F. 2d 409, Part I.